UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 13-14052-CR-GRAHAM

UNITED STATES OF AMERICA

Plaintiff,

vs.

JAMES LEVERNE GIBSON, JR.,

Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Physical Evidence, (D.E. 41).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on December 11, 2013. A Report and Recommendation was filed on December 4, 2013 recommending that Defendant's Motion to Suppress Evidence be **DENIED.**

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed.  The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of December, 2013.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
       Fletcher Peacock, AFPD
       Carmen M. Lineberger, AUSA